No. 79-1458. MORGAN GUARANTY TRUST COMPANY OF NEW YORK *v.* RINIER, AGENT FOR CERTAIN EMPLOYEES OF BANKRUPT, ET AL.; and

No. 79-1459. RODMAN, TRUSTEE IN BANKRUPTCY *v.* RINIER, AGENT FOR CERTAIN EMPLOYEES OF BANKRUPT, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 620 F. 2d 319.

No. 79-1485. UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC *v.* DUNBAR ET AL. Sup. Ct. Idaho. Certiorari denied. 

No. 79-1493. PELLON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 79-1558. THEODOSOPOULOS *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. 

No. 79-1562. BALDWIN ET AL. *v.* MILLS ET AL. Sup. Ct. Fla. Certiorari denied. 

No. 79-1572. REVERE COPPER & BRASS INC. *v.* OVERSEAS PRIVATE INVESTMENT CORP. C. A. D. C. Cir. Certiorari denied. 

No. 79-1584. VANGO *v.* MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 79-1600. BOMBARDIER LTD. ET AL. *v.* ENGINE SPECIALTIES, INC. C. A. 1st Cir. Certiorari denied. 

No. 79-1604. HALL *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 79-1607. SHERARD *v.* SHELTON, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF WAYNE COUNTY. Sup. Ct. Mich. Certiorari denied.